UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

WILLIAM A WHITING, III

                                        Plaintiff,

    -v.-

                                    Civil Action No.
                                6:05-cv-532 (GLS/DRH)

COMMISSIONER OF SOCIAL SECURITY

                                       Defendant.
--------------------------------------------------------------------------------

APPEARANCES:

**FOR THE PLAINTIFF:**                 **OF COUNSEL:**

WILLIAM A. WHITING, III
Plaintiff Pro Se
37 Gardner Street
Whitesboro, New York 13492

**FOR THE DEFENDANT:**

GLENN T. SUDDABY                 WILLIAM H. PEASE
United States Attorney for the       Assistant U.S. Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198


GARY L. SHARPE,
U.S. DISTRICT JUDGE

## **ORDER**

The above-captioned matter, comes to this court following a Report-Recommendation by Magistrate Judge David R. Homer duly filed March 22, 2006. Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge David R. Homer filed March 22, 2006 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that this action is DISMISSED , and it is further

ORDERED, that the Clerk of the Court is to enter judgment in favor of Defendant and close this case.

IT IS SO ORDERED

Dated:   May 5, 2006
         Albany, New York

Gary L. Sharpe
U.S. District Judge